Nos. 9489, 9490. EVELYN JOHNSON, PLAINTIFF AND APPELLANT, v. MOUNTAIN STATES POWER CO. and FRANK BALDICK, DEFENDANTS AND RESPONDENTS. JOSEPH M. TROMBLEY, SR., Administrator of the Estate of ROSE TROMBLEY, Deceased, PLAINTIFF AND APPELLANT, v. MOUNTAIN STATES POWER CO. and FRANK BALDICK, DEFENDANTS AND RESPONDENTS.

290 Pac. (2d) 754.

Decided Dec. 8, 1955.

*Raymond F. Gray*, Ronan, for Appellants.

*Walchli, Korn & Warden* and *William C. Walterskirchen*, Kalispell, for Respondents.

Per Curiam.

On written stipulation of counsel of record for the parties litigant herein, and on motion of Raymond F. Gray, Esq., of counsel for the plaintiffs, it is ordered that these appeals No. 9489 and No. 9490 be and the same are hereby dismissed as fully settled, and that each party litigant pay his own costs incurred in the action.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, DAVIS and BOTTOMLY, concur.